# Exhibit B

USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70211970000027532927

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:54 am on April 28, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20536
April 28, 2025, 7:54 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20534  OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0850 |
|---|---|---|---|
| $ | $4.10 | | 19 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $0.00      Postmark
☐ Certified Mail Restricted Delivery  $ $0.00        Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.87

$11.82     05/21/2025

U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5009
Washington, DC 20536-5009

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70211970000027532910

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:49 am on April 28, 2025 in DHS, VA 20598.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

DHS, VA 20598
April 28, 2025, 7:49 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DHS, VA 20598

OFFICIAL USE

| Certified Mail Fee | $4.85 | 0850 |
| --- | --- | --- |
| $ | $4.10 | 19 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $0.00         Postmark
☐ Certified Mail Restricted Delivery  $ $0.00          Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $2.87

$11.82                                04/21/2025

Senior Director of FOIA Operations
Privacy Office, Mail Stop 0655
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20598-0655

 

April 21, 2025

Sent via SecureRelease Portal and Certified Mail

Senior Director of FOIA Operations
Privacy Office, Mail Stop 0655
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20598-0655

U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5009
Washington, DC 20536-5009

Re:   Requested to Expedite FOIA Case Number 2025-ICFO-18612

Dear Freedom of Information Officer:

The American Immigration Council (the "Council") and Rocky Mountain Immigrant Advocacy Network ("RMIAN") (collectively "Requesters") submit this request to expedite FOIA Case Number 2025-ICFO-18612[1] and process it "as soon as practicable." 5 U.S.C. § 552(a)(6)(E)(iii). 2025-ICFO-18612 seeks certain records regarding U.S. Immigration and Customs Enforcement's ("ICE") implementation of, and compliance with, ICE Policy 11022.1: Detainee Transfers (the "Transfers Policy").[2] The need for information about ICE transfers has gained urgency and widespread and exceptional media interest since Requesters filed their request on February 7, 2025, due to ICE rapidly transferring individuals recently arrested in the northeast to detention facilities in the south far from family, legal counsel, and support networks.

"A request for expedited processing may be made at any time." 6 C.F.R. § 5.5(e)(2). FOIA obligates ICE to process requests expeditiously in two cases: (i) those where a requester "demonstrates a compelling need"—such as "urgency to inform the public concerning actual or alleged Federal Government activity" if the requester is "primarily engaged in disseminating information," 5 U.S.C. § 552(a)(6)(E)(i), (v)—and (ii) "in other cases determined by the agency," *id.* § 552(a)(6)(E)(i), which, for ICE, includes "[a] matter of widespread and exceptional media interest in which there

---

[1] FOIA Case Number 2025-ICFO-18612 is attached to this expedite request as Exhibit A.
[2] U.S. Immigr. & Customs Enf't, 305-112-002b, Policy 11022.1 Detainee Transfers (Jan. 4, 2012), https://www.ice.gov/doclib/detention-reform/pdf/hd-detainee-transfers.pdf. This policy is attached as Exhibit B.

exists possible questions about the government's integrity which affect public confidence." 6 C.F.R. § 5.5(e)(ii)-(iv). Both cases exist as to FOIA Case Number 2025-ICFO-18612.

I.   WIDESRPEAD & EXCEPTIONAL MEDIA INTEREST ABOUT A MATTER RAISING QUESTIONS ABOUT GOVERNMENT INTEGRITY THAT AFFECT PUBLIC CONFIDENCE

ICE's implementation of, and compliance with, its Transfer Policy is a matter of widespread and exceptional media interest in which possible questions about the government's integrity exist and affect public confidence. Fifty articles are sufficient to show widespread and exceptional media interest. *CREW v. U.S. DOGE Serv.*, Case No. 25-cv-511, 2025 WL 752367, at *13 (D.D.C. Mar. 10, 2025); *Brennan Ctr. for Just. v. Dep't of Com.*, 498 F. Supp. 3d 87, 97 (D.D.C. 2020). Though, a "handful of articles" may also suffice where the articles are "in a variety of publications" and "repeatedly reference the ongoing national discussion." *Am. Civ. Liberties Union v. Dep't of Just.*, 321 F. Supp. 2d 24, 32 (D.D.C. 2004).

Here, over fifty articles from the NY Times, CNN, the Washington Post, National Public Radio, and other national, local, and international media outlets discuss ICE transferring noncitizens to detention centers in Louisiana and other remote locations far from legal counsel, family, and support networks.[3] Most raise concerns about these transfers' integrity, including that they

---

[3] Alex Woodward, *Why Trump Is Jailing Student Activists in Louisiana, Where Thousands of Immigrants Are Detained in Private Prisons*, Independent (Apr. 14, 2025), https://www.independent.co.uk/news/world/americas/us-politics/ice-detention-louisiana-khalil-ozturk-b2731976.html; Jesús Marrero Suárez & Lexi Krupp, *Federal Judge Suggests Tufts Student Detained by ICE Should Return to Vermont for Hearing*, WBUR (Apr. 14, 2025), https://www.wbur.org/news/2025/04/14/federal-judge-vermont-ozturk-tufts-ice; Hannah Allam, *American Rendition: Rümeysa Öztürk's Journey From Ph.D. Scholar to Trump Target Languishing in Louisiana Cell*, ProPublica (Apr. 13, 2025), https://www.propublica.org/article/rumeysa-ozturk-best-friend-inside-story-tufts-trump-louisiana-ice; David Nakamura, *Khalil Ruling Tests Trump Deportation Tactic of Sending Detainees to Louisiana,* Washington Post (Apr. 11, 2025), https://www.washingtonpost.com/immigration/2025/04/11/khalil-trump-columbia-lousiana-deportation/; Sumit Kumar, *Why ICE Transfers Student Protestors to Remote Detention Centers*, The Daily Guardian (Apr. 11, 2025), https://thedailyguardian.com/united-states/why-ice-transfers-student-protesters-to-remote-detention-centers/; Mohammed Yousuf, *Why US Authorities Transfer Student Protestors Thousands of Miles After Arrest*, Munsif News (Apr. 11, 2025), https://munsifdaily.com/us-authorities-transfer-student-protesters/; Eric Levenson & Gloria Pazmino, *Why ICE Is Really Moving Detainees Over a Thousand Miles from Where They Were Arrested,* CNN (Apr. 10, 2025), https://www.cnn.com/2025/04/10/us/immigration-detainees-trump-ice-students-visa/index.html; Melissa Koenig, *ICE's Sinister Reason for Detaining Migrants Thousands of Miles Away from Where They Were Arrested*, Daily Mail (Apr. 10, 2025), https://www.dailymail.co.uk/news/article-14597167/ICE-detaining-illegal-migrants-thousands-miles-away-lawyers-judge-shopping.html; Jaclyn Diaz & Adrian Florido, *Why is Trump Sending Immigrant University Scholars to Louisiana and Texas?*, NPR (Apr. 8, 2025), https://www.npr.org/2025/04/08/nx-s1-5351645/ice-detention-louisiana-university-scholars (hereinafter "Diaz & Florido – NPR"); Rommel H. Ojeda, *ICE's Use of 'Diesel Therapy' Speeds Deportations by Undermining Legal Defense*, Documented (Apr. 8, 2025), https://documentedny.com/2025/04/08/diesel-therapy-ice-deportation-detention-transfer-louisiana-trump/; Jaclyn Diaz & Adrian Florido, *Why is Trump Sending Immigrant University Scholars to Louisiana and Texas?*, New England News Collab (Apr. 8, 2025) https://www.nenc.news/2025-04-08/why-is-trump-sending-immigrant-university-scholars-to-louisiana-and-texas (hereinafter "Diaz & Florido – NENC"); Kaitlyn Kennedy, *ICE Causes Outrage over "Kidnapping" of Mother and Children in New* York, Tag 24 (Apr. 5, 2025), https://www.tag24.com/politics/refugees/ice-

2

causes-outrage-over-kidnapping-of-mother-and-children-in-new-york-3374101; Sophie Hurwitz & Julia Métraux, *ICE Is Reportedly Violating Detained Tufts Student's Right to Medical Care*, Mother Jones (Apr. 4, 2025), https://www.motherjones.com/politics/2025/04/ozturk-detained-ice-dhs-inhaler-medical-care-disability-rights-tufts/; Nate Raymond & Jack Queen, *Tufts Student's Immigration Arrest Case Moved to Vermont, Not Louisiana, By US judge*, Reuters (Apr. 4, 2025), https://www.reuters.com/world/us/tufts-students-immigration-arrest-case-moved-vermont-not-louisiana-by-us-judge-2025-04-04/; *Judge Moves Legal Case of Detained Turkish Tufts University Student to Vermont*, KETV (Apr. 4, 2025), https://www.ketv.com/article/tufts-student-immigration-case-vermont/64390811; Anemona Hartocollis, *Judge Orders Tufts Student's Detention Case Moved to Vermont*, New York Times, (Apr. 4, 2025) https://www.nytimes.com/2025/04/04/us/tufts-student-deportation-case-vermont-rumeysa-ozturk.html (hereinafter "Hartocollis I"); Asher Klein & Michael Casey, *Federal Case of Turkish Tufts Student Detained by ICE in Somerville Moved to Vt.*, NBC Boston (Apr. 4, 2025), https://www.nbcboston.com/news/local/tufts-student-ice-case-vermont-massachusetts/3676913/; Holly Ramer, *Judge Moves Legal Case of Detained Turfs Student to Vermont*, Associated Press (Apr. 4, 2025), https://apnews.com/article/rumeysa-ozturk-deportation-tufts-massachusetts-student-ffbd226a875b07b3cad293f7a740013a; Steph Solis, *Rumeysa Ozturk's Federal Case Transferred to Vermont*, Axios Boston, (Apr. 4, 2025), https://www.axios.com/local/boston/2025/04/04/rumeysa-ozturk-tufts-vermont; Chloe Atkins & Matt Lavietes, *Tufts Student Grabbed off Street by Immigration Officers Scores Legal Win, Has Case Moved to Vermont* NBC News (Apr. 4, 2025), https://www.nbcnews.com/news/us-news/tufts-student-grabbed-street-immigration-officers-scores-legal-win-cas-rcna199767; Anemona Hartocollis, *Tufts Student Held by ICE Asks Court to Return Her Case to Massachusetts*, The New York Times (Apr. 3, 2025), https://www.nytimes.com/2025/04/03/us/tufts-student-deportation-ice.html (hereinafter "Hartocollis II"); Kathy McCormack & Michael Casey, *Turkish Student Detained by ICE Moved to Vermont Before Judge's Order, Government Says*, WJHL (Apr. 2, 2025), https://www.wjhl.com/news/national/ap-detained-tufts-student-taken-from-massachusetts-before-judge-ordered-her-kept-there-government-says/; Gloria Pazmino & Amanda Musa, *Mahmoud Khalil's Case to Remain in New Jersey After Judge Denies US Government's Bid to Move It*, CNN (Apr. 2, 2025), https://www.cnn.com/2025/04/01/us/mahmoud-khalil-columbia-student-louisiana/index.html; Kathy McCormack & Michael Casey, *Turkish Student Detained by ICE Moved to Vermont Before Judge's Order, Government Says*, Associated Press (Apr. 2, 2025), https://apnews.com/article/rumeysa-ozturk-deportation-tufts-massachusetts-student-1dd330bef8fb44b05f9818c0020728a0; Victoria Albert, *Inside Columbia Student Mahmoud Khalil's ICE Detention Center*, The Wall Street Journal (Apr. 1, 2025), https://www.wsj.com/us-news/law/mahmoud-khalil-columbia-student-ice-louisiana-f25a50af; Daniela Silva, *Detained Immigrant Students Sent to Remote Louisiana Facilities Accused of Human Rights Abuses*, NBC News (Apr. 1, 2025), https://www.nbcnews.com/news/us-news/ice-student-detainees-louisiana-mahmoud-khalil-alireza-doroudi-rcna198959; Oliver Laughland, *'Detention Alley': Inside the ICE Centres in the US South Where Foreign Students and Undocumented Migrants Languish*, The Guardian (Mar. 29, 2025), https://www.theguardian.com/us-news/2025/mar/29/ice-detention-centers-immigration-asylum; Santul Nerkar & Mark Bonamo, *Tug of War Continues Over Where to Hear Khalil Deportation Case*, New York Times (Mar. 28, 2025), https://www.nytimes.com/2025/03/28/nyregion/mahmoud-khalil-deportation-case-hearing.html; Ivana Saric, *Why the Trump Administration Wants to Try Immigration Cases in Louisiana*, Axios (Mar. 27, 2025), https://www.axios.com/2025/03/27/trump-immigration-louisiana-5th-circuit; Molly Farrar, *Immigrants in ICE Custody Face Rapid Transfers, Limited Legal Help*, Boston.com (Mar. 26, 2025), https://www.boston.com/news/local-news/2025/03/26/immigrants-in-ice-custody-face-rapid-transfers-limited-legal-help/; Tori Bedford & Sarah Betancourt, *Tufts International Graduate Student Taken Into ICE Custody*, GBH (Mar. 26, 2025), https://www.wgbh.org/news/local/2025-03-26/tufts-international-graduate-student-taken-into-ice-custody; Giulia McDonnell et al., *Tufts PhD Student Detained by Masked Immigration Authorities on Somerville Street Sent to Detention Facility in Louisiana*, Boston Globe (Mar. 26, 2025), https://www.bostonglobe.com/2025/03/26/metro/tufts-student-detailed-by-immigration-officials/; Nia Prater, *What We Know About the Arrest of Mahmoud Khalil*, New York Magazine, (Mar. 24, 2025), https://nymag.com/intelligencer/article/mahmoud-khalil-columbia-student-pro-palestine-activist-what-we-know.html; Jacklyn Martin et al., *Marlborough Father Recalls 'Nightmare' of ICE Detention as He Adjusts to Life Back in Mass.*, GBH,(Mar. 24, 2025), https://www.wgbh.org/news/local/2025-03-24/marlborough-father-recalls-nightmare-of-ice-detention-as-he-adjusts-to-life-back-in-mass; Maya Rao, *'I'm Going Crazy': Delays,*

3

constitute forum shopping, deprive noncitizens of their right to counsel, and seek to coerce noncitizens to consent to deportation rather than contest it in immigration and federal courts.[4]

---

*Confusion as ICE Moves Minnesota Detainees Across the Country,* Minnesota Star Tribune (Mar. 23, 2025), https://www.startribune.com/im-going-crazy-delays-confusion-as-ice-moves-minnesota-detainees-across-the-country/601242512 (hereinafter "Rao I"); Bobbi-Jeanne Misick, *Mahmoud Khalil Still Detained in Notorious Louisiana Detention Center as Case Is Moved to New Jersey*, Louisiana Illuminator (Mar. 21, 2025), https://lailluminator.com/2025/03/21/mahmoud-khalil/ (hereinafter "Misick I"); Bobbi-Jeanne Misick, *Mahmoud Khalil Still Detained in Notorious Louisiana Detention Center as Case Is Moved to New* Jersey, WWNO – New Orleans Public Radio (Mar. 20, 2025), https://www.wwno.org/louisiana-news/2025-03-20/mahmoud-khalil-still-detained-in-notorious-louisiana-detention-center-as-case-is-moved-to-new-jersey (hereinafter "Misick II"); Shawn Musgrave, *Why Trump Is So Desperate to Keep Mahmoud Khalil in Louisiana*, The Intercept (Mar. 14, 2025), https://theintercept.com/2025/03/14/mahmoud-khalil-ravi-ragbir-ice-deport/; Jason Paladino, *Mahmoud Khalil Speaks With Attorneys for First Time Since Detention*, Drop Site (Mar. 13, 2025), https://www.dropsitenews.com/p/mahmoud-khalil-speaks-with-attorneys-ice-detention; Joseph Gedeon, *Prosecutors Seek to Move Mahmoud Khalil's Deportation Case To Louisiana*, The Guardian, (Mar. 13, 2025), https://www.theguardian.com/us-news/2025/mar/13/mahmoud-khalil-louisiana-deportation-case; Michael Arria, *Mahmoud Khalil Will Remain Detained in Louisiana Following Brief Court Hearing*, Mondoweiss (Mar. 12, 2025), https://mondoweiss.net/2025/03/mahmoud-khalil-will-remain-detained-in-louisiana-following-brief-court-hearing/; Alaa Elassar et al, *Judge Temporarily Blocks Effort to Deport Palestinian Activist Who Helped Lead Columbia Student Protests*, CNN (Mar. 11, 2025), https://www.cnn.com/2025/03/10/us/mahmoud-khalil-columbia-university-israel-hnk/index.html; Jonah Valdez, *ICE Secretly Hauld Mahmoud Khalil to Louisiana as Retaliation Lawyers Allege*, The Intercept (Mar. 11, 2025), https://theintercept.com/2025/03/11/mahmoud-khalil-columbia-ice-louisiana/; Taylor Jung, *It's Hard to Keep Track of ICE Detainees, Families Say, Adding to Distress*, NJ Spotlight News (Mar. 11, 2025), https://www.njspotlightnews.org/2025/03/ice-detainee-families-say-heightened-stress-as-difficult-track-detainees-in-system/; Jake Offenhartz, *Where is Mahmoud Khalil? Crowds Call for Release of Palestinian Activist,* NBC New York (Mar. 10, 2024), https://www.nbcnewyork.com/news/local/mahmoud-kahlil-ice-custody-louisiana/6179933/; Elizabeth Weill-Greenberg and Ethan Corey, *Palestinian Activist Detained at Louisiana ICE Facility With History of Deaths and Abuse*, The Appeal (Mar. 10, 2025), https://theappeal.org/mahmoud-khalil-lasalle-detention-center-louisiana/; Maya Rao, *ICE Moving Detainees from Rural Minnesota to Texas* Jail, Minnesota Star Tribune (Feb. 21, 2025), https://www.startribune.com/ice-moving-a-series-of-detainees-from-rural-minnesota-to-texas-jail/601226452 (hereinafter "Rao II"); Jesús Marrero Suárez & Simón Rios, *Mass. Man Detained by ICE Is Fighting to Get Out of a Texas Holding Facility*, WBUR (Feb. 19, 2025), https://www.wbur.org/news/2025/02/19/massachusetts-man-detained-ice-texas-trump; Matt Scott, *ICE Transfers Detainees to Atlanta's Federal Prison, Hindering Access to Legal Aid*, Atlanta Community Press Collective (Feb. 15, 2025), https://atlpresscollective.com/2025/02/15/ice-transfers-detainees-to-atlantas-federal-prison-cutting-off-access-to-legal-aid/; Morgan Rosseau, *More Than 100 Detained Immigrants Transferred from New England to New Mexico, Advocates Say*, Boston.com (Feb. 15, 2025), https://www.boston.com/news/local-news/2025/02/15/more-than-100-detained-immigrants-transferred-from-new-england-to-new-mexico-advocates-say/; Sarah Betancourt, *At Least 40 ICE Detainees Transferred to Border States in Overnight Flight*, GBH (Feb. 12, 2025), https://www.wgbh.org/news/local/2025-02-12/at-least-40-ice-detainees-transferred-to-border-states-in-overnight-flights; Jesús Marrero Suárez & Simón Rios, *ICE Detained a Mass. Man with No Criminal Record—and Sent Him to Texas*, WBUR (Feb. 6, 2025), https://www.wbur.org/news/2025/02/06/immigrant-detained-ice-plymouth-jail-texas-deport;

[4] Woodward, *supra* n.3; Allam, *supra* n.3; Kumar, *supra* n.3; Yousuf, *supra* n.3; Levenson & Pazmino, *supra* n.3; Koenig, *supra* n.3; Diaz & Florido – NPR, *supra* n.3; Ojeda, *supra* n.3; Kennedy, *supra* n.3; Hurwitz & Métraux, *supra* n.3; Raymond & Queen, *supra* n.3; KETV, *supra* n.3; Hartocollis I, *supra* n.3; Kelin & Casey, *supra* n.3; Ramer, *supra* n.3; Solis, *supra* n.3; Hartocollis II, *supra* n.3; Pazmino & Musa, *supra* n.3; McCormack & Casey*, supra* n.3; Silva, *supra* n.3; Laughland, *supra* n.3; Saric, *supra* n.3; Farrar, *supra* n.3; Bedford & Betancourt, *supra* n.3; Betancourt, *supra* n.3;

Public concern about the integrity of ICE transfers is well-founded since the agency seemingly violated the Transfer Policy by transferring Mahmoud Khalil, Rumeysa Öztürk, and Badar Khan Suri to Louisiana. *Cf. CREW v. U.S. Dep't of Just.*, 436 F. Supp. 3d 354, 361 (D.D.C. 2020) (crediting integrity concerns that a requester raised in its request). The Transfer Policy restricts ICE from transferring a detained noncitizen outside of a Field Office's area of responsibility if the noncitizen has immediate family or an attorney of record in the area unless transfer is necessary for the noncitizen's health, safety, or security; due to a detention center's closure or the convenience of removal proceedings; or at the noncitizen's request. Ex. B § 5.2(1), (3). When transfers are necessary to relieve or prevent overcrowding in detention facilities within a Field Office's area of responsibility, the Policy also obligates ICE to first transfer noncitizens without immediate family, counsel, or other attachments to the area before it transfers those with such attachments. *Id.* § 5.2(3). Despite these terms, ICE transferred Mahmoud Khalil, Rumeysa Öztürk, and Badar Khan Suri to Louisiana from New York, Massachusetts, and Virginia respectively where they have family and/or counsel.

ICE's transfers to Louisiana have also prompted a Congressional response. *Cf. Edmonds v. Fed. Bureau of Investigation*, No. Civ.A 02-1294, 2002 WL 32539613, at *3 (D.D.C. 2002) (finding integrity concerns based on actions taken by members of Congress to discuss and investigate them). Congressional representatives sent letters to the Department of Homeland Security demanding that the Department explain why it transferred Rumeysa Öztürk to Louisiana.[5]

As such, the issue of ICE transfer has gained widespread and exceptional media interest in the past weeks, which justifies the expedited processing of this request.

II.    COMPELLING NEED—URGENCY TO INFORM THE PUBLIC ABOUT GOVERNMENT ACTIVITY BY A REQUESTER PRIMARILY ENGAGED IN DISSEMINATING INFORMATION

Requesters also have a compelling need for the records sought in 2025-ICFO-18612: the Council is primarily engaged in disseminating information and urgency exists to inform the public concerning ICE's implementation of, and compliance with, its Transfer Policy.[6]

---

Prater, *supra* n. 3; Rao I, *supra* n.3; Misick I, *supra* n.3; Misick II, *supra* n.3; Musgrave, *supra* n.3; Paladino, *supra* n.3; Arria, *supra* n. 3; Jung, *supra* n.3; *Valdez*, *supra* n.3; Elassar et al.*, supra* n.3; Rao II, *supra* n.3; Scott, *supra* n.3; Rosseau, *supra* n.3; Suárez & Rios, *supra* n.3.

[5] Letter from Elizabeth Warren, Edward Markey, Bernand Sanders, Tina Smith, Peter Welch, Brian Schatz, Chris Van Hollen, Jeffrey Merkley, Andy Kim, and Adam Schiff, U.S. Senators, and Ayanna Pressley, Lori Trahan, Katherine Clark, Stephen Lynch, Seth Moulton, James McGovern, Alexandria Ocasio-Cortez, Jake Auchincloss, Summer Lee, Delia Ramirez, Eleanor Holmes Norton, Mark Pocan, Henry C. Johnson, Jr., and LaMonica McIver, Members of Congress, to Krisiti Noem, Sec'y of Homeland Sec., Marco Rubio, Sec'y of State, and Todd Lyons, Acting Dir. of U.S. Immigr. & Customs Enf't (Mar. 27, 2025), https://pressley.house.gov/wp-content/uploads/2025/03/Rumeysa-Ozturk-Letter.pdf.

[6] Expedition is warranted where one requester establishes a compelling need. *Al-Fayed v. C.I.A.*, 254 F.3d 300, 309-10 (D.C. Cir. 2001).

5

    *a.*    *The Council is Primarily Engaged in Disseminating Information*

Courts routinely find that "non-partisan law and public policy group[s]" like the Council that "regularly write[,] publish[,] and disseminat[e] information online" are primarily engaged in disseminating information. *Brennan Ctr. for Just.*, 498 F. Supp. 3d at 98 (Brennan Center); *see also Ctr. for Pub. Integrity v. U.S. Dep't of Def.*, 411 F. Supp. 3d 5 (D.D.C. 2019) (Center for Public Integrity); *Protect Dem. Proj. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 298 (D.D.C. 2017) (Protect Democracy Project); *Am. Civil Liberties Union*, 321 F. Supp. 2d at 29 n.5 (Electronic Privacy Information Center ("EPIC")).

Like Brennan Center, Protect Democracy Project, EPIC, and Center for Public Integrity, the Council is primarily engaged in disseminating information. It authors factsheets and special reports on proposed and actual immigration policies, some of which shape media coverage in outlets across the nation.[7] It also analyzes immigration data and other government records—

---

[7] For instance, dozens of media outlets have quoted or referenced the Council's special report on mass deportations since its release in October 2024. *See, e.g.*, Diccon Hyatt, *These Industries Could Lose the Most Workers to Deportation*, Investopedia (Feb. 6, 2025, 4:23 PM), https://www.investopedia.com/these-industries-will-lose-the-most-workers-to-trump-deportation-plan-8782504; Natalie Bencivenga, *Facts Over Fear: Donald Trump's Promises of Mass Deportation*, Pennsylvania Capital-Star (Jan. 23, 2025, 4:00 PM), https://penncapital-star.com/commentary/facts-over-fear-donald-trumps-promises/; Billal Rahman, *California Braces for Donald Trump's Immigration Crackdown*, Newsweek (Jan. 23, 2025, 9:26 AM), https://www.newsweek.com/california-braces-donald-trump-immigration-crackdown-2019525; Daniella Silva, *How Quickly Trump Will Be Able to Carry Out His Mass Deportation Plan Depends on These Factors*, NBC News (Jan. 19, 2025, 7:00 AM), https://www.nbcnews.com/news/us-news/quickly-trump-will-able-carry-mass-deportation-plan-depends-factors-rcna188064; Ruth Murai, *New Reports: Trump's Mass Deportation Raids Will Begin Next Week*, Mother Jones (Jan 18, 2025), https://www.motherjones.com/politics/2025/01/trump-mass-deporation-chicago-immigration-inauguration; Christopher A. Kerosky, *The Reality & Myths of Mass Deportations*, La Prensa Sonoma (Jan. 17, 2025), https://www.laprensasonoma.com/articulo/article/power-panic-mass-deportations-immigration; Ali Velshi, *Ahead of Trump's Second Term, Mixed-Status Families Brace for the Worst,* MSNBC (Jan. 14, 2025, 1:20 PM), https://www.msnbc.com/top-stories/latest/trump-immigration-mixed-status-family-separation-rcna187446; Talia Blake, *Trump's Mass Deportation Plans Could be a Major Blow to Florida's Economy*, Central Florida Public Media (Jan. 8, 2025, 11:51 AM), https://www.cfpublic.org/economy/2025-01-08/trumps-mass-deportation-plans-could-be-major-blow-floridas-economy; Wendy Fry, *'What's Going to Happen to My Kids': California Prepares to Resist Trump Deportations*, CAL Matters (Nov. 25, 2024), https://calmatters.org/california-divide/2024/11/immigrant-deportation-california-trump; Didi Martinez, *Trump's Mass Deportations Could Split 4 Million Mixed-Status Families. How One Is Getting Ready*, NBC News (Nov. 22, 2024, 10:08 PM), https://www.nbcnews.com/news/trumps-mass-deportations-split-4-million-mixed-status-families-one-get-rcna181318; Alexandra Hutzler, *Trump Confirms Plans to Declare National Emergency, Use Military for Mass Deportations*, ABC News (Nov. 18, 2024, 2:48 PM), https://abcnews.go.com/Politics/trump-confirms-plan-declare-national-emergency-military-mass/story?id=115963448; Diego Mendoza, *Businesses Brace for Potential Impact of Trump's Mass Deportation Plans*, Semafor (Nov. 18, 2024, 1:06 PM), https://www.semafor.com/article/11/18/2024/what-donald-trump-mass-deportations-plan-means-for-the-us-economy; Dana Gentry, *Nevada Unprepared for Trump's Mass Deportations*, Nevada Current (Nov. 15, 2024, 5:00 AM), https://nevadacurrent.com/2024/11/15/nevada-unprepared-for-trumps-mass-deportations; Kevin Williams, *What Trump's Mass Deportation Plan Would Mean for Immigrant Workers & the Economy*, CNBC (Nov. 11, 2024, 7:34 AM), https://www.cnbc.com/2024/11/10/trumps-mass-deportation-plan-immigrant-workers-and-economy.html; Ariana Figueroa, *Immigration Groups Brace for a Second Trump Administration*, Maryland Matters (Nov. 10, 2024, 10:01 PM), https://marylandmatters.org/2024/11/10/repub/immigration-groups-brace-for-a-second-trump-administration;

including those obtained through FOIA requests like this one—in interactive web reports.[8] And, it circulates its reports and factsheets through its website, blog, email newsletters, and a Twitter account with 64.9 thousand followers. While the Council also engages in advocacy and litigation alongside information dissemination, these additional activities do not mean that the Council is not primarily engaged in information dissemination. *See* 6 C.F.R. § 5.5(e)(3) ("[E]ngagement "in information dissemination …need no be [a requester's] sole occupation.")

### b. Urgency Exists to Inform the Public about ICE's Implementation of, and Compliance with, the Transfers Policy

Urgency exists to inform the public about ICE's implementation of, and compliance with, the Transfers Policy. Urgency is a product of three factors: "(1) whether the request concerns a matter of current exigency to the American public; (2) whether the consequences of delaying a response would compromise a significant recognized interest; and (3) whether the request concerns federal government activity." *Al-Fayed*, 254 F.3d at 310. All three exist here, though this request for expedition only details the first two.[9]

#### i. ICE's Implementation of, and Compliance with, the Transfers Policy Is a Matter of Current Exigency to the American Public

ICE's implementation of, and compliance with, the Transfers Policy is a matter of current exigency to the American public. "Courts often look to objective markers like the volume of news articles and media reports to discern whether there is a current exigency." *Dem. Forward Found. v. Off. of Mgmt & Budget*, Civil Action No. 25-858, 2025 WL 1078778, at *7. (D.D.C. Apr. 9, 2025) (gathering cases). Fifty media articles are sufficient to establish exigency, *see CREW*, 2025 WL 752367, at *13; *Brennan Ctr. for Just.*, 498 F. Supp. 3d at 97-99, particularly if they are "in multiple publications" from "disparate places," *Am. Civ. Liberties Union of No. Cal. v. U.S. Dep't of Def.*, No. C 06-01698, 2006 WL 1469418, at *6 (N.D. Cal. May 25, 2006) ("ACLU of No. Cal.").

ICE's implementation of, and compliance with, the Transfers Policy easily clears this bar. As detailed above, over fifty articles have discussed ICE transferring noncitizens to detention centers

---

Catherine E. Shoichet, *Trump's Mass Deportation Plans Would be Costly. Here's Why*, CNN (Nov. 7, 2024, 3:08 PM), https://www.cnn.com/2024/10/19/politics/trump-mass-deportation-cost-cec/index.html; Mary Alice Parks, *Donald Trump Wants a Mass Deportation Program. How Much Could It Cost?*, ABC 7 (Nov. 1, 2024), https://abc7.com/donald-trump-wants-mass-deportation-program-how-could-cost/15495837/; David Martin Davies, *Texas Matters: Trump's Mass Deportation Plan*, Texas Public Radio (Nov. 1, 2024, 2:12 PM), https://www.tpr.org/podcast/texas-matters/2024-11-01/texas-matters-trumps-mass-deportation-plan.

[8] *See* Am. Immigr. Council, Torrance County Detention Facility: Troubling Role in Detaining Haitian Migrants During the 2021 Del Rio Incident (2024), https://www.americanimmigrationcouncil.org/foia/torrance-detention-facility; Am. Immigr. Council, Ohio, We Have a Problem: Border Patrol & Local Law Enforcement's Patterns & Tactics of Abuse in Ohio's Immigration Enforcement (2024), https://www.americanimmigrationcouncil.org/foia/ohio-border-patrol-abuse; Am. Immigr. Council, Refugee Resettlement in U.S. Cities (2019), https://data.americanimmigrationcouncil.org/en/refugee-resettlement-us/#exploratory_tool.

[9] ICE's implementation of, and compliance with, the Transfers Policy is clearly a federal government activity.

in Louisiana and other remote locations far from legal counsel and support networks[10]—most of which express concerns about ICE's motive for transferring individuals in its custody.[11]

        ii.        Delaying a Response to FOIA Case Number 2025-ICFO-18612 Compromises a Significant Interest

Delaying production of records about ICE's implementation of, and compliance with, its Transfers Policy would compromise the public's significant interest in "obtaining in a timely fashion information vital to [a] current and ongoing debate surrounding the legality of a high-profile government action." *CREW*, 2025 WL 752367, at *13 (cleaned up) (DOGE); *see also Protect Dem. Project*, 263 F. Supp. 3d at 299-300 (missile strikes against Syria); *ACLU of No. Cal.*, 2006 WL 1469418, at *6 (military spying on protestors). As detailed above, ICE's transfers of Mahmoud Khalil, Rumeysa Öztürk, and other noncitizens to detention centers in Louisiana far from family, legal counsel and support networks seemingly violate the Transfers Policy. Production of records about ICE's implementation of, and compliance with, its Transfers Policy is vital for the public to understand and debate this apparent policy violation before it "recur[s]." *Protect Dem. Project*, 263 F. Supp. 3d at 300.

***

Requesters certify that the statements in this expedite request are "true and correct" pursuant to 6 C.F.R. § 5.5(e)(3).

Thank you for your prompt attention to expediting 2025-ICFO-18612. If you have any questions regarding expedition or the underlying FOIA request, please do not hesitate to contact us.

Very truly yours,

| | |
|---|---|
|     /s/ Raul Pinto     |     /s/ Laura Lunn     |
| Raul A. Pinto, | Laura Lunn |
| Deputy Legal Director for Transparency | Director of Advocacy and Litigation |
| American Immigration Council | Rocky Mountain Immigrant Advocacy Network |
| Tel. (202) 507-7549 | Tel. Phone: (720) 370-9100 |
| Email: rpinto@immcouncil.org | Email: llunn@rmian.org |

---

[10] *See* Footnote 3.
[11] *See* Footnote 4.

8