IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01529-TPO

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK and
AMERICAN IMMIGRATION COUNSEL,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMLAND SECURITY and
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

---

# MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 17, 2025.**

The Parties' Joint Motion to Lift Stay [ECF 19] is **granted**. The stay is hereby **lifted**. The Parties shall file a Joint Status Report **by December 15, 2025**.