**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-01529-TPO

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, and
AMERICAN IMMIGRATION COUNCIL,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, and
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

---

## JOINT STATUS REPORT

---

Plaintiffs Rocky Mountain Immigrant Advocacy Network and American Immigration Council and Defendants U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement provide this status report, as promised in the Joint Motion to Lift Stay, ECF No. 19.

On September 24, 2025, Plaintiffs received a first production of documents from Defendants, including 779 pages of documents and 17 Excel spreadsheets. On December 11, 2025, Plaintiffs received a second production of documents from Defendants, including 665 pages of documents. Defendants intend to make a further production of documents by January 16, 2026. The parties can provide the Court another status report by January 21, 2026, regarding the status of productions.

Dated this 15th day of December, 2025.

*/s/* Raul A. Pinto
Raul A. Pinto
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: 202-507-7549
Email: Rpinto@immcouncil.org

*/s/ Benjamin Gibson*
Benjamin Gibson
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: 303-454-0181
Email: Benjamin.gibson@usdoj.gov

Counsel for Defendants

*/s/* Laura Lunn
Laura Patricia Lunn
Rocky Mountain Immigrant Advocacy Network
7301 Federal Boulevard Suite 300
Westminster, CO 80030
Phone: 720-370-9100
Email: Llunn@rmian.org

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2025, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send a copy to the following email addresses:

Llunn@rmian.Org
Rpinto@immcouncil.Org

s/ *Benjamin Gibson*
United States Attorney's Office